# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS LEYVA, JUAN CARLOS SANFELIZ,
JESUS VICTORERO,**

        **Plaintiffs,**

**-vs-**                                  **Case No.  6:06-cv-1643-Orl-19GJK**

**EXCEL ONE, INC., VICTOR M. MAETZU, II,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

## TO THE DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL (Doc. No. 28)** |
| **FILED:** | **October 4, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiffs and Defendants jointly move the Court to approve their settlement of Plaintiffs' claims

pursuant to the Fair Labor Standards Act ("FLSA").

The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United*

*States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and

reasonable resolution of a bona fide dispute.  The case involved disputed issues of FLSA coverage, which

constitutes a bona fide dispute.  Each party was represented by independent counsel, who were obligated

to vigorously represent their client.  The Court finds the proposed settlement of full compensation to Plaintiffs for their FLSA claim in exchange for Plaintiffs' release of claims and dismissal of the action with prejudice to be fair and reasonable.

**IT IS RECOMMENDED THAT**:

1.      The Court grant the motion to approve the settlement only to the extent that it is a fair and reasonable resolution of a bona fide dispute; and

2.      The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 21, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Patricia C. Fawsett